UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
VERNON EARL JADRICH

CASE NO. 07 B 17330

CHAPTER 13

JUDGE: JOHN H SQUIRES

Debtor  
SSN XXX-XX-2219

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/22/07 and confirmed on 11/30/07.

2. The plan is paid in full.

3. The Debtor paid a total of $ 28295.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST HORIZON | CURRENT MORTG | .00 | .00 | .00 |
| FIRST HORIZON | MORTGAGE ARRE | 2943.69 | .00 | 2943.69 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 7693.74 | .00 | 7693.74 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1443.62 | .00 | 1443.62 |
| CHASE MANHATTAN BANK USA | UNSECURED | 903.51 | .00 | 903.51 |
| ROUNDUP FUNDING LLC | UNSECURED | 560.53 | .00 | 560.53 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7766.59 | .00 | 7766.59 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2943.69 | 7693.74 | 10674.25 | .00 | 21311.68 |
| PRINCIPAL PAID | 2943.69 | 7693.74 | 10674.25 | .00 | 21311.68 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2943.69 | 7693.74 | 10674.25 | .00 | 21311.68 |

The Debtor's attorney, STEVEN A LEAHY                 , was allowed $   3500.00 and was paid $   1160.00  direct and $   2340.00  through the plan.

The Trustee received $   1432.25 .

Refunds to the Debtor totaled $   3211.07 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/08/08                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 17330 VERNON EARL JADRICH